UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES SCURLOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:04CV1815 RWS |
| | ) |
| SUNSET COUNTRY CLUB, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Set Aside Default [#17] and Motion for Leave to File its Answer and Affirmative Defenses out of Time [#19]. Under Rule 55(c), "[f]or good cause shown the court may set aside an entry of default . . ." After reviewing Defendant's motion, I have determined that good cause has been shown, and I will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Set Aside Default [#17] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk's entry of default [#11] is set aside.

**IT IS FURTHER ORDERED** that Defendant's Motion for Leave to File its Answer and Affirmative Defenses out of Time [#19] is **GRANTED**.

Dated this 2nd Day of June, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE